limited to Question 1 presented by the petition.

No. 92–757.  LANDGRAF v. USI FILM PRODUCTS ET AL.  C. A. 5th Cir.; and

No. 92–938.  RIVERS ET AL. v. ROADWAY EXPRESS, INC.  C. A. 6th Cir.  Certiorari in No. 92–757 granted limited to Question 1 presented by the petition.  Certiorari in No. 92–938 granted limited to Question 1 presented by the petition.  Cases consolidated and a total of one hour allotted for oral argument.  Reported below: No. 92–757, 968 F. 2d 427; No. 92–938, 973 F. 2d 490.

No. 90–1575.  LEWIS v. PEARSON FOUNDATION, INC., ET AL. C. A. 8th Cir.  Certiorari denied.

No. 91–6933.  CINTRON-RODRIGUEZ v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 91–7567.  SCHLUP v. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  Sup. Ct. Mo.  Certiorari denied.

No. 91–7733.  RADLEY v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 92–443.  ELFELT ET AL. v. COOPER.  Sup. Ct. Wis.  Certiorari denied.

No. 92–495.  GREEN ET AL. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 5th Cir.  Certiorari denied.

No. 92–501.  BACHNER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–613.  HARRY AND JEANETTE WEINBERG FOUNDATION INC. v. CROYDEN ASSOCIATES ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 92–631.  SMITH ET AL. v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 92–649.  SCHUMACHER ET AL. v. NIX, CHIEF JUSTICE OF THE SUPREME COURT OF PENNSYLVANIA, ET AL.  C. A. 3d Cir. Certiorari denied.